# EXHIBIT C

### CERTIFICATION PURSUANT
### TO FEDERAL SECURITIES LAWS

1.      I, Wu Wang Yao _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against UiPath, Inc. ("UiPath") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire UiPath securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired UiPath securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in UiPath securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  11/03/2023
             (Date)

Wu Wang Yao
        (Signature)

Wu Wang Yao
        (Type or Print Name)

UiPath, Inc. (PATH)                                                                                    Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/21/2021 | 900 | $69.6800 |
| Purchase | 4/21/2021 | 100 | $69.6700 |
| Purchase | 4/22/2021 | 116 | $76.2400 |
| Purchase | 4/22/2021 | 100 | $76.4400 |
| Purchase | 4/22/2021 | 100 | $76.4500 |
| Purchase | 4/22/2021 | 100 | $76.2400 |
| Purchase | 4/22/2021 | 100 | $76.2400 |
| Purchase | 4/22/2021 | 100 | $76.2400 |
| Purchase | 4/22/2021 | 100 | $76.2400 |
| Purchase | 4/22/2021 | 98 | $76.2200 |
| Purchase | 4/22/2021 | 98 | $76.2400 |
| Purchase | 4/22/2021 | 40 | $76.3900 |
| Purchase | 4/22/2021 | 22 | $76.4500 |
| Purchase | 4/22/2021 | 14 | $76.4100 |
| Purchase | 4/22/2021 | 10 | $76.2400 |
| Purchase | 4/22/2021 | 2 | $76.2400 |
| Purchase | 5/11/2021 | 1,000 | $67.5500 |
| Purchase | 5/11/2021 | 693 | $63.7300 |
| Purchase | 5/11/2021 | 400 | $69.2500 |
| Purchase | 5/11/2021 | 200 | $69.2500 |
| Purchase | 5/11/2021 | 176 | $63.7300 |
| Purchase | 5/11/2021 | 131 | $63.7300 |
| Purchase | 5/11/2021 | 100 | $69.2500 |
| Purchase | 5/11/2021 | 100 | $69.2500 |
| Purchase | 5/11/2021 | 100 | $69.2500 |
| Purchase | 5/11/2021 | 33 | $69.2500 |
| Purchase | 5/11/2021 | 12 | $69.2000 |
| Purchase | 5/11/2021 | 11 | $69.2000 |
| Purchase | 5/11/2021 | 8 | $69.2000 |
| Purchase | 5/11/2021 | 7 | $69.2000 |
| Purchase | 5/11/2021 | 6 | $69.2000 |
| Purchase | 5/11/2021 | 6 | $69.2000 |
| Purchase | 5/11/2021 | 5 | $69.2000 |
| Purchase | 5/11/2021 | 4 | $69.2000 |
| Purchase | 5/11/2021 | 4 | $69.2000 |
| Purchase | 5/11/2021 | 4 | $69.2000 |
| Purchase | 5/14/2021 | 296 | $71.0400 |
| Purchase | 5/14/2021 | 102 | $71.0200 |
| Purchase | 5/14/2021 | 40 | $71.0100 |
| Purchase | 5/14/2021 | 26 | $71.0400 |
| Purchase | 5/14/2021 | 10 | $71.0400 |
| Purchase | 5/14/2021 | 10 | $71.0400 |
| Purchase | 5/14/2021 | 10 | $71.0200 |
| Purchase | 5/14/2021 | 6 | $71.0100 |
| Purchase | 5/17/2021 | 300 | $66.0880 |
| Purchase | 5/17/2021 | 300 | $66.4700 |
| Purchase | 5/17/2021 | 200 | $68.0365 |
| Purchase | 5/17/2021 | 100 | $68.0400 |
| Purchase | 5/17/2021 | 100 | $68.0400 |
| Purchase | 5/17/2021 | 100 | $66.0880 |

UiPath, Inc. (PATH)                                                              Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/17/2021 | 100 | $66.1100 |
| Purchase | 5/17/2021 | 100 | $66.4400 |
| Purchase | 5/17/2021 | 93 | $68.0300 |
| Purchase | 5/17/2021 | 93 | $66.5000 |
| Purchase | 5/17/2021 | 7 | $68.0400 |
| Purchase | 5/17/2021 | 7 | $66.4700 |
| Purchase | 5/24/2021 | 300 | $85.0000 |
| Purchase | 5/24/2021 | 100 | $84.9965 |
| Purchase | 5/24/2021 | 100 | $84.9600 |
| Purchase | 5/25/2021 | 500 | $83.7500 |
| Purchase | 6/4/2021 | 500 | $78.1000 |
| Purchase | 6/7/2021 | 500 | $73.8100 |
| Purchase | 6/8/2021 | 1,000 | $74.1400 |
| Purchase | 6/8/2021 | 700 | $75.0800 |
| Purchase | 6/8/2021 | 400 | $75.0800 |
| Purchase | 6/8/2021 | 200 | $75.0865 |
| Purchase | 6/8/2021 | 100 | $75.0862 |
| Purchase | 6/8/2021 | 100 | $75.0900 |
| Purchase | 6/8/2021 | 100 | $75.0900 |
| Purchase | 6/8/2021 | 100 | $75.0800 |
| Purchase | 6/8/2021 | 100 | $75.0900 |
| Purchase | 6/8/2021 | 100 | $75.0900 |
| Purchase | 6/8/2021 | 100 | $75.0880 |
| Purchase | 6/10/2021 | 1,000 | $72.0100 |
| Purchase | 6/10/2021 | 500 | $73.4800 |
| Purchase | 6/10/2021 | 100 | $73.4600 |
| Purchase | 6/10/2021 | 100 | $73.5000 |
| Purchase | 6/10/2021 | 100 | $73.4700 |
| Purchase | 6/10/2021 | 100 | $73.5000 |
| Purchase | 6/10/2021 | 100 | $73.4700 |
| Purchase | 6/14/2021 | 700 | $69.9100 |
| Purchase | 6/14/2021 | 500 | $71.2100 |
| Purchase | 6/14/2021 | 100 | $69.9200 |
| Purchase | 6/14/2021 | 100 | $69.9200 |
| Purchase | 6/14/2021 | 100 | $69.9162 |
| Purchase | 6/14/2021 | 100 | $71.2600 |
| Purchase | 6/14/2021 | 100 | $71.2500 |
| Purchase | 6/14/2021 | 100 | $71.2100 |
| Purchase | 6/14/2021 | 100 | $71.2100 |
| Purchase | 6/14/2021 | 100 | $71.2100 |
| Purchase | 6/16/2021 | 276 | $68.7250 |
| Purchase | 6/16/2021 | 224 | $68.7600 |
| Purchase | 6/16/2021 | 200 | $68.7500 |
| Purchase | 6/16/2021 | 100 | $68.3900 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.7400 |

UiPath, Inc. (PATH)                                                      Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/16/2021 | 100 | $68.7450 |
| Purchase | 6/16/2021 | 100 | $68.7600 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3700 |
| Purchase | 6/16/2021 | 100 | $68.3600 |
| Purchase | 6/17/2021 | 200 | $68.9800 |
| Purchase | 6/17/2021 | 200 | $68.9800 |
| Purchase | 6/17/2021 | 100 | $68.9500 |
| Purchase | 6/17/2021 | 100 | $68.9600 |
| Purchase | 6/17/2021 | 100 | $68.9300 |
| Purchase | 6/17/2021 | 100 | $68.9800 |
| Purchase | 6/17/2021 | 100 | $68.9800 |
| Purchase | 6/17/2021 | 100 | $68.9800 |
| Purchase | 6/21/2021 | 800 | $69.2100 |
| Purchase | 6/21/2021 | 200 | $69.2100 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 100 | $69.0500 |
| Purchase | 6/25/2021 | 99 | $69.0400 |
| Purchase | 6/25/2021 | 87 | $69.0500 |
| Purchase | 6/25/2021 | 54 | $69.0500 |
| Purchase | 6/25/2021 | 46 | $69.0500 |
| Purchase | 6/25/2021 | 9 | $69.0500 |
| Purchase | 6/25/2021 | 5 | $69.0500 |
| Purchase | 6/28/2021 | 400 | $71.2000 |
| Purchase | 6/28/2021 | 100 | $71.2200 |
| Purchase | 6/28/2021 | 100 | $71.2200 |
| Purchase | 6/28/2021 | 100 | $71.2300 |
| Purchase | 6/28/2021 | 100 | $71.2250 |
| Purchase | 6/28/2021 | 100 | $71.2000 |
| Purchase | 6/28/2021 | 85 | $71.2300 |
| Purchase | 6/28/2021 | 15 | $71.2300 |
| Purchase | 6/29/2021 | 1,000 | $68.1200 |
| Purchase | 7/1/2021 | 500 | $67.0000 |
| Purchase | 7/1/2021 | 100 | $67.0000 |
| Purchase | 7/1/2021 | 100 | $67.0000 |
| Purchase | 7/1/2021 | 100 | $67.0200 |
| Purchase | 7/1/2021 | 100 | $67.0200 |
| Purchase | 7/1/2021 | 100 | $67.0200 |
| Purchase | 7/12/2021 | 1,000 | $65.9700 |
| Purchase | 7/13/2021 | 400 | $65.8780 |
| Purchase | 7/13/2021 | 100 | $65.8800 |
| Purchase | 7/13/2021 | 100 | $65.8700 |
| Purchase | 7/13/2021 | 100 | $65.8800 |
| Purchase | 7/13/2021 | 100 | $65.8762 |

UiPath, Inc. (PATH)                                                               Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/13/2021 | 100 | $65.8800 |
| Purchase | 7/13/2021 | 100 | $65.8799 |
| Purchase | 7/14/2021 | 200 | $62.3700 |
| Purchase | 7/14/2021 | 200 | $62.3662 |
| Purchase | 7/14/2021 | 200 | $63.0000 |
| Purchase | 7/14/2021 | 200 | $63.0000 |
| Purchase | 7/14/2021 | 200 | $62.9962 |
| Purchase | 7/14/2021 | 194 | $62.3700 |
| Purchase | 7/14/2021 | 100 | $62.3665 |
| Purchase | 7/14/2021 | 100 | $62.3700 |
| Purchase | 7/14/2021 | 100 | $62.3700 |
| Purchase | 7/14/2021 | 100 | $62.3700 |
| Purchase | 7/14/2021 | 100 | $62.9965 |
| Purchase | 7/14/2021 | 100 | $62.9962 |
| Purchase | 7/14/2021 | 100 | $63.0000 |
| Purchase | 7/14/2021 | 100 | $63.0000 |
| Purchase | 7/14/2021 | 4 | $62.3700 |
| Purchase | 7/14/2021 | 1 | $62.3700 |
| Purchase | 7/14/2021 | 1 | $62.3700 |
| Purchase | 7/16/2021 | 1,000 | $60.0800 |
| Purchase | 7/23/2021 | 1,000 | $63.3000 |
| Purchase | 7/27/2021 | 1,000 | $59.7700 |
| Purchase | 9/8/2021 | 500 | $56.6400 |
| Purchase | 9/8/2021 | 500 | $56.6400 |
| Purchase | 9/8/2021 | 451 | $56.9200 |
| Purchase | 9/8/2021 | 400 | $56.9000 |
| Purchase | 9/8/2021 | 300 | $56.9100 |
| Purchase | 9/8/2021 | 290 | $56.9100 |
| Purchase | 9/8/2021 | 200 | $56.6300 |
| Purchase | 9/8/2021 | 200 | $56.6400 |
| Purchase | 9/8/2021 | 200 | $56.6400 |
| Purchase | 9/8/2021 | 200 | $56.6000 |
| Purchase | 9/8/2021 | 200 | $56.9100 |
| Purchase | 9/8/2021 | 200 | $56.9100 |
| Purchase | 9/8/2021 | 200 | $56.9100 |
| Purchase | 9/8/2021 | 121 | $56.6300 |
| Purchase | 9/8/2021 | 110 | $56.6800 |
| Purchase | 9/8/2021 | 100 | $56.6100 |
| Purchase | 9/8/2021 | 100 | $56.6300 |
| Purchase | 9/8/2021 | 100 | $56.6200 |
| Purchase | 9/8/2021 | 100 | $56.6300 |
| Purchase | 9/8/2021 | 100 | $56.6300 |
| Purchase | 9/8/2021 | 100 | $56.6300 |
| Purchase | 9/8/2021 | 100 | $56.6300 |
| Purchase | 9/8/2021 | 100 | $56.6400 |
| Purchase | 9/8/2021 | 100 | $56.6500 |
| Purchase | 9/8/2021 | 100 | $56.6500 |
| Purchase | 9/8/2021 | 100 | $56.6500 |
| Purchase | 9/8/2021 | 100 | $56.6500 |
| Purchase | 9/8/2021 | 100 | $56.6600 |

UiPath, Inc. (PATH)                                                                    Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/8/2021 | 100 | $56.6600 |
| Purchase | 9/8/2021 | 100 | $56.6600 |
| Purchase | 9/8/2021 | 100 | $56.6700 |
| Purchase | 9/8/2021 | 100 | $56.6700 |
| Purchase | 9/8/2021 | 100 | $56.6800 |
| Purchase | 9/8/2021 | 100 | $56.6700 |
| Purchase | 9/8/2021 | 100 | $56.5900 |
| Purchase | 9/8/2021 | 100 | $56.5900 |
| Purchase | 9/8/2021 | 100 | $56.5800 |
| Purchase | 9/8/2021 | 100 | $56.5900 |
| Purchase | 9/8/2021 | 100 | $56.5900 |
| Purchase | 9/8/2021 | 100 | $56.6000 |
| Purchase | 9/8/2021 | 100 | $56.6000 |
| Purchase | 9/8/2021 | 100 | $56.6200 |
| Purchase | 9/8/2021 | 100 | $56.6200 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9000 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9099 |
| Purchase | 9/8/2021 | 100 | $56.9080 |
| Purchase | 9/8/2021 | 100 | $56.8900 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9000 |
| Purchase | 9/8/2021 | 100 | $56.9000 |
| Purchase | 9/8/2021 | 100 | $56.9000 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9000 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 100 | $56.9100 |
| Purchase | 9/8/2021 | 94 | $56.5900 |
| Purchase | 9/8/2021 | 79 | $56.9100 |
| Purchase | 9/8/2021 | 72 | $56.9000 |
| Purchase | 9/8/2021 | 65 | $56.9000 |
| Purchase | 9/8/2021 | 61 | $56.9100 |
| Purchase | 9/8/2021 | 58 | $56.9000 |
| Purchase | 9/8/2021 | 50 | $56.8900 |
| Purchase | 9/8/2021 | 50 | $56.9000 |
| Purchase | 9/8/2021 | 50 | $56.9000 |
| Purchase | 9/8/2021 | 50 | $56.8900 |
| Purchase | 9/8/2021 | 50 | $56.9100 |
| Purchase | 9/8/2021 | 50 | $56.9000 |
| Purchase | 9/8/2021 | 36 | $56.6200 |
| Purchase | 9/8/2021 | 36 | $56.8900 |
| Purchase | 9/8/2021 | 36 | $56.8900 |

UiPath, Inc. (PATH)                                                                                    Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/8/2021 | 35 | $56.8900 |
| Purchase | 9/8/2021 | 33 | $56.8900 |
| Purchase | 9/8/2021 | 32 | $56.8900 |
| Purchase | 9/8/2021 | 31 | $56.9100 |
| Purchase | 9/8/2021 | 26 | $56.9000 |
| Purchase | 9/8/2021 | 22 | $56.9000 |
| Purchase | 9/8/2021 | 17 | $56.9100 |
| Purchase | 9/8/2021 | 17 | $56.9100 |
| Purchase | 9/8/2021 | 17 | $56.9000 |
| Purchase | 9/8/2021 | 17 | $56.9000 |
| Purchase | 9/8/2021 | 10 | $56.6600 |
| Purchase | 9/8/2021 | 10 | $56.6700 |
| Purchase | 9/8/2021 | 10 | $56.6800 |
| Purchase | 9/8/2021 | 9 | $56.6800 |
| Purchase | 9/8/2021 | 5 | $56.9100 |
| Purchase | 9/20/2021 | 700 | $52.0500 |
| Purchase | 9/20/2021 | 475 | $52.0100 |
| Purchase | 9/20/2021 | 425 | $52.0100 |
| Purchase | 9/20/2021 | 300 | $52.1000 |
| Purchase | 9/20/2021 | 111 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0600 |
| Purchase | 9/20/2021 | 100 | $52.0900 |
| Purchase | 9/20/2021 | 100 | $52.1000 |
| Purchase | 9/20/2021 | 100 | $52.1000 |
| Purchase | 9/20/2021 | 100 | $52.1200 |
| Purchase | 9/20/2021 | 100 | $52.1200 |
| Purchase | 9/20/2021 | 100 | $52.1200 |
| Purchase | 9/20/2021 | 100 | $52.0100 |
| Purchase | 9/20/2021 | 100 | $52.0100 |
| Purchase | 9/20/2021 | 100 | $52.0200 |
| Purchase | 9/20/2021 | 100 | $52.0200 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 100 | $52.0400 |
| Purchase | 9/20/2021 | 100 | $52.0480 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 100 | $52.0499 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 100 | $52.0500 |
| Purchase | 9/20/2021 | 93 | $52.0500 |
| Purchase | 9/20/2021 | 80 | $52.0200 |
| Purchase | 9/20/2021 | 80 | $52.0100 |
| Purchase | 9/20/2021 | 78 | $52.1200 |
| Purchase | 9/20/2021 | 50 | $52.0500 |

UiPath, Inc. (PATH)                                                    Wu Wang Yao

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/20/2021 | 25 | $52.0500 |
| Purchase | 9/20/2021 | 24 | $52.0900 |
| Purchase | 9/20/2021 | 20 | $52.0000 |
| Purchase | 9/20/2021 | 20 | $52.0000 |
| Purchase | 9/20/2021 | 14 | $52.0600 |
| Purchase | 9/20/2021 | 5 | $52.0200 |
| Purchase | 10/12/2021 | 2,000 | $48.2100 |
| Purchase | 10/12/2021 | 900 | $48.2100 |
| Purchase | 10/12/2021 | 765 | $48.2300 |
| Purchase | 10/12/2021 | 400 | $48.2200 |
| Purchase | 10/12/2021 | 200 | $48.2262 |
| Purchase | 10/12/2021 | 100 | $48.2000 |
| Purchase | 10/12/2021 | 100 | $48.2100 |
| Purchase | 10/12/2021 | 100 | $48.2000 |
| Purchase | 10/12/2021 | 100 | $48.2100 |
| Purchase | 10/12/2021 | 100 | $48.2280 |
| Purchase | 10/12/2021 | 100 | $48.2300 |
| Purchase | 10/12/2021 | 100 | $48.2300 |
| Purchase | 10/12/2021 | 25 | $48.2000 |
| Purchase | 10/12/2021 | 10 | $48.2100 |
| Purchase | 11/12/2021 | 300 | $52.9200 |
| Purchase | 11/12/2021 | 200 | $52.9200 |
| Purchase | 11/12/2021 | 200 | $52.9200 |
| Purchase | 11/12/2021 | 200 | $52.9162 |
| Purchase | 11/12/2021 | 100 | $52.9200 |
| Purchase | 11/26/2021 | 2,000 | $49.4000 |
| Purchase | 11/26/2021 | 1,600 | $49.4300 |
| Purchase | 11/26/2021 | 900 | $49.3800 |
| Purchase | 11/26/2021 | 100 | $49.4000 |
| Purchase | 11/26/2021 | 100 | $49.3900 |
| Purchase | 11/26/2021 | 100 | $49.3900 |
| Purchase | 11/26/2021 | 100 | $49.4000 |
| Purchase | 11/26/2021 | 100 | $49.4000 |
| Purchase | 11/30/2021 | 3,000 | $50.0840 |
| Purchase | 11/30/2021 | 2,000 | $49.2200 |
| Purchase | 11/30/2021 | 1,000 | $49.2100 |
| Purchase | 11/30/2021 | 700 | $49.2190 |
| Purchase | 11/30/2021 | 700 | $50.0700 |
| Purchase | 11/30/2021 | 600 | $49.2250 |
| Purchase | 11/30/2021 | 400 | $50.0900 |
| Purchase | 11/30/2021 | 300 | $50.0800 |
| Purchase | 11/30/2021 | 300 | $50.0700 |
| Purchase | 11/30/2021 | 300 | $50.0862 |
| Purchase | 11/30/2021 | 200 | $49.2280 |
| Purchase | 11/30/2021 | 200 | $49.2265 |
| Purchase | 11/30/2021 | 100 | $49.2200 |
| Purchase | 11/30/2021 | 100 | $49.2200 |
| Purchase | 11/30/2021 | 50 | $49.2300 |
| Purchase | 11/30/2021 | 50 | $49.2200 |
| Purchase | 12/2/2021 | 2,000 | $44.7000 |

UiPath, Inc. (PATH)                                                                              Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/2/2021 | 1,000 | $44.7056 |
| Purchase | 12/2/2021 | 800 | $44.7100 |
| Purchase | 12/2/2021 | 700 | $44.7130 |
| Purchase | 12/2/2021 | 400 | $44.7150 |
| Purchase | 12/2/2021 | 100 | $44.7150 |
| Purchase | 12/7/2021 | 900 | $47.9600 |
| Purchase | 12/7/2021 | 700 | $48.0000 |
| Purchase | 12/7/2021 | 500 | $47.9200 |
| Purchase | 12/7/2021 | 400 | $48.0100 |
| Purchase | 12/7/2021 | 348 | $48.0100 |
| Purchase | 12/7/2021 | 252 | $48.0100 |
| Purchase | 12/7/2021 | 200 | $48.0100 |
| Purchase | 12/7/2021 | 150 | $48.0000 |
| Purchase | 12/7/2021 | 100 | $48.0100 |
| Purchase | 12/7/2021 | 100 | $48.0000 |
| Purchase | 12/7/2021 | 100 | $48.0100 |
| Purchase | 12/7/2021 | 100 | $48.0100 |
| Purchase | 12/7/2021 | 100 | $48.0000 |
| Purchase | 12/7/2021 | 100 | $48.0000 |
| Purchase | 12/7/2021 | 100 | $47.9700 |
| Purchase | 12/7/2021 | 100 | $47.9400 |
| Purchase | 12/7/2021 | 100 | $47.8800 |
| Purchase | 12/7/2021 | 100 | $47.9200 |
| Purchase | 12/7/2021 | 100 | $47.9200 |
| Purchase | 12/7/2021 | 100 | $47.9200 |
| Purchase | 12/7/2021 | 100 | $47.9300 |
| Purchase | 12/7/2021 | 100 | $47.9300 |
| Purchase | 12/7/2021 | 100 | $47.9200 |
| Purchase | 12/7/2021 | 27 | $48.0100 |
| Purchase | 12/7/2021 | 15 | $48.0100 |
| Purchase | 12/7/2021 | 5 | $48.0000 |
| Purchase | 12/7/2021 | 2 | $48.0000 |
| Purchase | 12/7/2021 | 1 | $48.0000 |
| Purchase | 12/23/2021 | 500 | $44.9500 |
| Purchase | 12/23/2021 | 200 | $44.9500 |
| Purchase | 12/23/2021 | 200 | $44.9400 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9600 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9500 |
| Purchase | 12/23/2021 | 100 | $44.9400 |
| Purchase | 12/23/2021 | 75 | $44.9600 |
| Purchase | 12/23/2021 | 50 | $44.9500 |
| Purchase | 12/23/2021 | 50 | $44.9500 |
| Purchase | 12/23/2021 | 50 | $44.9500 |
| Purchase | 12/23/2021 | 30 | $44.9600 |
| Purchase | 12/23/2021 | 20 | $44.9500 |

UiPath, Inc. (PATH)                                                              Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/23/2021 | 20 | $44.9600 |
| Purchase | 12/23/2021 | 5 | $44.9500 |
| Purchase | 1/31/2022 | 600 | $34.2800 |
| Purchase | 1/31/2022 | 400 | $34.2800 |
| Purchase | 2/4/2022 | 300 | $35.3140 |
| Purchase | 2/4/2022 | 200 | $35.3180 |
| Purchase | 2/4/2022 | 200 | $35.3162 |
| Purchase | 2/4/2022 | 100 | $35.3200 |
| Purchase | 2/4/2022 | 100 | $35.3162 |
| Purchase | 2/4/2022 | 100 | $35.3200 |
| Purchase | 2/11/2022 | 300 | $38.3500 |
| Purchase | 2/11/2022 | 200 | $38.3450 |
| Purchase | 2/11/2022 | 100 | $38.3500 |
| Purchase | 2/11/2022 | 100 | $38.3500 |
| Purchase | 2/11/2022 | 100 | $38.3480 |
| Purchase | 2/11/2022 | 100 | $38.3500 |
| Purchase | 2/11/2022 | 100 | $38.3400 |
| Purchase | 3/16/2022 | 1,300 | $27.1800 |
| Purchase | 3/16/2022 | 1,200 | $26.9650 |
| Purchase | 3/16/2022 | 500 | $27.1600 |
| Purchase | 3/16/2022 | 400 | $26.9600 |
| Purchase | 3/16/2022 | 200 | $27.1500 |
| Purchase | 3/16/2022 | 200 | $27.1600 |
| Purchase | 3/16/2022 | 140 | $27.1600 |
| Purchase | 3/16/2022 | 102 | $27.1800 |
| Purchase | 3/16/2022 | 100 | $27.1800 |
| Purchase | 3/16/2022 | 100 | $27.1800 |
| Purchase | 3/16/2022 | 100 | $27.1800 |
| Purchase | 3/16/2022 | 100 | $27.1600 |
| Purchase | 3/16/2022 | 100 | $27.1600 |
| Purchase | 3/16/2022 | 100 | $26.9680 |
| Purchase | 3/16/2022 | 100 | $26.9600 |
| Purchase | 3/16/2022 | 100 | $26.9500 |
| Purchase | 3/16/2022 | 100 | $26.9665 |
| Purchase | 3/16/2022 | 58 | $27.1600 |
| Sale | 4/23/2021 | (2) | $73.4000 |
| Sale | 4/23/2021 | (10) | $73.4000 |
| Sale | 4/23/2021 | (10) | $73.6300 |
| Sale | 4/23/2021 | (19) | $73.6200 |
| Sale | 4/23/2021 | (45) | $73.6400 |
| Sale | 4/23/2021 | (48) | $73.4500 |
| Sale | 4/23/2021 | (52) | $73.4000 |
| Sale | 4/23/2021 | (70) | $74.0600 |
| Sale | 4/23/2021 | (70) | $74.1200 |
| Sale | 4/23/2021 | (88) | $73.3700 |
| Sale | 4/23/2021 | (100) | $74.1900 |
| Sale | 4/23/2021 | (100) | $74.0400 |
| Sale | 4/23/2021 | (100) | $73.4400 |
| Sale | 4/23/2021 | (100) | $73.6200 |
| Sale | 4/23/2021 | (100) | $73.6200 |

UiPath, Inc. (PATH)                                                                    Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 4/23/2021 | (100) | $74.0000 |
| Sale | 4/23/2021 | (120) | $74.0000 |
| Sale | 4/23/2021 | (200) | $73.4000 |
| Sale | 4/23/2021 | (226) | $73.6200 |
| Sale | 4/23/2021 | (440) | $74.0000 |
| Sale | 5/12/2021 | (31) | $72.6400 |
| Sale | 5/12/2021 | (100) | $72.6738 |
| Sale | 5/12/2021 | (100) | $72.6600 |
| Sale | 5/12/2021 | (100) | $72.6700 |
| Sale | 5/12/2021 | (200) | $72.6750 |
| Sale | 5/12/2021 | (368) | $72.6200 |
| Sale | 5/12/2021 | (501) | $72.6400 |
| Sale | 5/12/2021 | (600) | $72.6700 |
| Sale | 5/12/2021 | (1,000) | $72.1900 |
| Sale | 6/14/2021 | (1,000) | $70.1600 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (1) | $56.0000 |
| Sale | 9/8/2021 | (3) | $56.0000 |

UiPath, Inc. (PATH)                                                                                          Wu Wang Yao

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 9/8/2021 | (3) | $56.0000 |
| Sale | 9/8/2021 | (4) | $56.0000 |
| Sale | 9/8/2021 | (5) | $56.0000 |
| Sale | 9/8/2021 | (5) | $56.0000 |
| Sale | 9/8/2021 | (7) | $56.0000 |
| Sale | 9/8/2021 | (8) | $56.0000 |
| Sale | 9/8/2021 | (9) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0100 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0000 |
| Sale | 9/8/2021 | (10) | $56.0100 |
| Sale | 9/8/2021 | (13) | $56.0000 |
| Sale | 9/8/2021 | (15) | $56.0000 |
| Sale | 9/8/2021 | (15) | $56.0000 |
| Sale | 9/8/2021 | (20) | $56.0000 |
| Sale | 9/8/2021 | (20) | $56.0000 |
| Sale | 9/8/2021 | (25) | $56.0000 |
| Sale | 9/8/2021 | (29) | $56.0100 |
| Sale | 9/8/2021 | (29) | $56.0100 |
| Sale | 9/8/2021 | (29) | $56.0100 |
| Sale | 9/8/2021 | (30) | $56.0100 |
| Sale | 9/8/2021 | (42) | $56.0100 |
| Sale | 9/8/2021 | (45) | $56.0100 |
| Sale | 9/8/2021 | (45) | $56.0000 |
| Sale | 9/8/2021 | (50) | $56.0000 |
| Sale | 9/8/2021 | (60) | $56.0000 |
| Sale | 9/8/2021 | (76) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0000 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (100) | $56.0100 |
| Sale | 9/8/2021 | (109) | $56.0100 |
| Sale | 9/8/2021 | (154) | $56.0000 |
| Sale | 9/8/2021 | (180) | $56.0000 |
| Sale | 9/8/2021 | (200) | $56.0000 |

UiPath, Inc. (PATH)                                                                    Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 9/8/2021 | (200) | $56.0100 |
| Sale | 9/8/2021 | (200) | $56.0100 |
| Sale | 9/8/2021 | (315) | $56.0000 |
| Sale | 9/8/2021 | (351) | $56.0100 |
| Sale | 9/8/2021 | (400) | $56.0100 |
| Sale | 9/8/2021 | (600) | $56.0100 |
| Sale | 10/11/2021 | (1) | $48.3200 |
| Sale | 10/11/2021 | (1) | $48.3000 |
| Sale | 10/11/2021 | (1) | $48.3000 |
| Sale | 10/11/2021 | (1) | $48.3000 |
| Sale | 10/11/2021 | (2) | $48.3000 |
| Sale | 10/11/2021 | (3) | $48.3000 |
| Sale | 10/11/2021 | (7) | $48.3600 |
| Sale | 10/11/2021 | (7) | $48.3000 |
| Sale | 10/11/2021 | (8) | $48.3100 |
| Sale | 10/11/2021 | (9) | $48.3600 |
| Sale | 10/11/2021 | (10) | $48.3400 |
| Sale | 10/11/2021 | (10) | $48.2900 |
| Sale | 10/11/2021 | (10) | $48.3000 |
| Sale | 10/11/2021 | (10) | $48.3000 |
| Sale | 10/11/2021 | (13) | $48.3300 |
| Sale | 10/11/2021 | (14) | $48.3000 |
| Sale | 10/11/2021 | (18) | $48.3600 |
| Sale | 10/11/2021 | (19) | $48.3600 |
| Sale | 10/11/2021 | (20) | $48.3400 |
| Sale | 10/11/2021 | (20) | $48.3500 |
| Sale | 10/11/2021 | (23) | $48.3100 |
| Sale | 10/11/2021 | (26) | $48.3500 |
| Sale | 10/11/2021 | (28) | $48.3100 |
| Sale | 10/11/2021 | (28) | $48.3000 |
| Sale | 10/11/2021 | (35) | $48.3000 |
| Sale | 10/11/2021 | (50) | $48.3000 |
| Sale | 10/11/2021 | (50) | $48.3000 |
| Sale | 10/11/2021 | (51) | $48.3000 |
| Sale | 10/11/2021 | (60) | $48.3000 |
| Sale | 10/11/2021 | (70) | $48.3400 |
| Sale | 10/11/2021 | (74) | $48.3600 |
| Sale | 10/11/2021 | (91) | $48.3500 |
| Sale | 10/11/2021 | (97) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3300 |
| Sale | 10/11/2021 | (100) | $48.3200 |
| Sale | 10/11/2021 | (100) | $48.3600 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3200 |
| Sale | 10/11/2021 | (100) | $48.3200 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |

UiPath, Inc. (PATH)                                                           Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3600 |
| Sale | 10/11/2021 | (100) | $48.3600 |
| Sale | 10/11/2021 | (100) | $48.3600 |
| Sale | 10/11/2021 | (100) | $48.3600 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3500 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3400 |
| Sale | 10/11/2021 | (100) | $48.3300 |
| Sale | 10/11/2021 | (100) | $48.3300 |
| Sale | 10/11/2021 | (100) | $48.3200 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.2900 |
| Sale | 10/11/2021 | (100) | $48.2900 |
| Sale | 10/11/2021 | (100) | $48.2900 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3100 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (100) | $48.3000 |
| Sale | 10/11/2021 | (130) | $48.3000 |
| Sale | 10/11/2021 | (139) | $48.3000 |
| Sale | 10/11/2021 | (151) | $48.3600 |
| Sale | 10/11/2021 | (151) | $48.3600 |
| Sale | 10/11/2021 | (155) | $48.3100 |
| Sale | 10/11/2021 | (159) | $48.3200 |
| Sale | 10/11/2021 | (198) | $48.2900 |
| Sale | 10/11/2021 | (200) | $48.3100 |
| Sale | 10/11/2021 | (200) | $48.3000 |
| Sale | 10/11/2021 | (200) | $48.3500 |
| Sale | 10/11/2021 | (250) | $48.3000 |
| Sale | 10/11/2021 | (300) | $48.3600 |
| Sale | 10/11/2021 | (300) | $48.3600 |

UiPath, Inc. (PATH)                                                          Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 10/11/2021 | (400) | $48.3400 |
| Sale | 10/11/2021 | (400) | $48.3400 |
| Sale | 10/11/2021 | (500) | $48.3600 |
| Sale | 10/11/2021 | (500) | $48.3300 |
| Sale | 11/22/2021 | (1) | $48.6900 |
| Sale | 11/22/2021 | (1) | $49.3500 |
| Sale | 11/22/2021 | (1) | $48.7700 |
| Sale | 11/22/2021 | (1) | $48.7700 |
| Sale | 11/22/2021 | (1) | $48.7600 |
| Sale | 11/22/2021 | (1) | $48.5600 |
| Sale | 11/22/2021 | (1) | $48.5100 |
| Sale | 11/22/2021 | (1) | $48.6400 |
| Sale | 11/22/2021 | (1) | $48.6200 |
| Sale | 11/22/2021 | (1) | $49.4000 |
| Sale | 11/22/2021 | (1) | $49.3800 |
| Sale | 11/22/2021 | (1) | $49.3800 |
| Sale | 11/22/2021 | (1) | $49.4500 |
| Sale | 11/22/2021 | (1) | $49.3900 |
| Sale | 11/22/2021 | (1) | $49.3800 |
| Sale | 11/22/2021 | (2) | $48.7000 |
| Sale | 11/22/2021 | (2) | $48.7100 |
| Sale | 11/22/2021 | (2) | $48.7200 |
| Sale | 11/22/2021 | (2) | $48.6000 |
| Sale | 11/22/2021 | (2) | $48.5700 |
| Sale | 11/22/2021 | (2) | $48.5500 |
| Sale | 11/22/2021 | (2) | $48.5000 |
| Sale | 11/22/2021 | (2) | $49.3800 |
| Sale | 11/22/2021 | (3) | $49.3600 |
| Sale | 11/22/2021 | (4) | $49.4000 |
| Sale | 11/22/2021 | (5) | $48.6000 |
| Sale | 11/22/2021 | (5) | $48.6800 |
| Sale | 11/22/2021 | (6) | $48.6000 |
| Sale | 11/22/2021 | (6) | $49.3800 |
| Sale | 11/22/2021 | (10) | $49.4000 |
| Sale | 11/22/2021 | (10) | $49.4000 |
| Sale | 11/22/2021 | (10) | $49.4500 |
| Sale | 11/22/2021 | (10) | $49.4500 |
| Sale | 11/22/2021 | (10) | $49.3900 |
| Sale | 11/22/2021 | (10) | $49.3900 |
| Sale | 11/22/2021 | (17) | $49.3600 |
| Sale | 11/22/2021 | (24) | $49.3900 |
| Sale | 11/22/2021 | (24) | $49.4100 |
| Sale | 11/22/2021 | (24) | $49.4200 |
| Sale | 11/22/2021 | (24) | $49.4000 |
| Sale | 11/22/2021 | (25) | $49.4000 |
| Sale | 11/22/2021 | (25) | $49.4000 |
| Sale | 11/22/2021 | (28) | $49.4000 |
| Sale | 11/22/2021 | (40) | $48.6100 |
| Sale | 11/22/2021 | (46) | $48.7000 |
| Sale | 11/22/2021 | (47) | $49.3800 |

UiPath, Inc. (PATH)                                                               Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 11/22/2021 | (50) | $48.6900 |
| Sale | 11/22/2021 | (50) | $48.7000 |
| Sale | 11/22/2021 | (50) | $48.7200 |
| Sale | 11/22/2021 | (50) | $48.7200 |
| Sale | 11/22/2021 | (50) | $48.7100 |
| Sale | 11/22/2021 | (50) | $48.7100 |
| Sale | 11/22/2021 | (56) | $48.7000 |
| Sale | 11/22/2021 | (61) | $49.3400 |
| Sale | 11/22/2021 | (66) | $48.7000 |
| Sale | 11/22/2021 | (69) | $49.4100 |
| Sale | 11/22/2021 | (71) | $49.3400 |
| Sale | 11/22/2021 | (80) | $49.4500 |
| Sale | 11/22/2021 | (80) | $49.4000 |
| Sale | 11/22/2021 | (93) | $48.6900 |
| Sale | 11/22/2021 | (94) | $49.3900 |
| Sale | 11/22/2021 | (99) | $48.7500 |
| Sale | 11/22/2021 | (100) | $49.3400 |
| Sale | 11/22/2021 | (100) | $49.3400 |
| Sale | 11/22/2021 | (100) | $49.3200 |
| Sale | 11/22/2021 | (100) | $49.3400 |
| Sale | 11/22/2021 | (100) | $48.7500 |
| Sale | 11/22/2021 | (100) | $48.7500 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.6900 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.6900 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $49.3400 |
| Sale | 11/22/2021 | (100) | $49.3500 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.4200 |
| Sale | 11/22/2021 | (100) | $49.4100 |
| Sale | 11/22/2021 | (100) | $49.3300 |
| Sale | 11/22/2021 | (100) | $49.3300 |
| Sale | 11/22/2021 | (100) | $49.3500 |
| Sale | 11/22/2021 | (100) | $48.6000 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6000 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6000 |
| Sale | 11/22/2021 | (100) | $48.5900 |
| Sale | 11/22/2021 | (100) | $48.5600 |
| Sale | 11/22/2021 | (100) | $48.5500 |
| Sale | 11/22/2021 | (100) | $48.4900 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.7000 |

UiPath, Inc. (PATH)                                                                          Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.7200 |
| Sale | 11/22/2021 | (100) | $48.7300 |
| Sale | 11/22/2021 | (100) | $48.7000 |
| Sale | 11/22/2021 | (100) | $48.7200 |
| Sale | 11/22/2021 | (100) | $48.6800 |
| Sale | 11/22/2021 | (100) | $48.7100 |
| Sale | 11/22/2021 | (100) | $48.6700 |
| Sale | 11/22/2021 | (100) | $48.6700 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6100 |
| Sale | 11/22/2021 | (100) | $48.6000 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.4600 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4500 |
| Sale | 11/22/2021 | (100) | $49.4200 |
| Sale | 11/22/2021 | (100) | $49.4100 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.3700 |
| Sale | 11/22/2021 | (100) | $49.3700 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.4100 |
| Sale | 11/22/2021 | (100) | $49.3600 |
| Sale | 11/22/2021 | (100) | $49.3600 |
| Sale | 11/22/2021 | (100) | $49.3900 |
| Sale | 11/22/2021 | (100) | $49.3600 |
| Sale | 11/22/2021 | (100) | $49.3600 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (100) | $49.3500 |
| Sale | 11/22/2021 | (100) | $49.4000 |
| Sale | 11/22/2021 | (100) | $49.3800 |
| Sale | 11/22/2021 | (104) | $49.3700 |
| Sale | 11/22/2021 | (105) | $48.6100 |
| Sale | 11/22/2021 | (110) | $49.3900 |

UiPath, Inc. (PATH)                                                                   Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 11/22/2021 | (110) | $49.3600 |
| Sale | 11/22/2021 | (110) | $49.3800 |
| Sale | 11/22/2021 | (121) | $49.4000 |
| Sale | 11/22/2021 | (121) | $49.4200 |
| Sale | 11/22/2021 | (129) | $49.3600 |
| Sale | 11/22/2021 | (150) | $49.3500 |
| Sale | 11/22/2021 | (150) | $49.3500 |
| Sale | 11/22/2021 | (200) | $49.4100 |
| Sale | 11/22/2021 | (200) | $48.6000 |
| Sale | 11/22/2021 | (200) | $48.6800 |
| Sale | 11/22/2021 | (200) | $49.4000 |
| Sale | 11/22/2021 | (257) | $48.4800 |
| Sale | 11/22/2021 | (300) | $48.7000 |
| Sale | 11/22/2021 | (300) | $48.6000 |
| Sale | 11/22/2021 | (300) | $48.6000 |
| Sale | 11/22/2021 | (300) | $49.4200 |
| Sale | 11/22/2021 | (355) | $49.3800 |
| Sale | 11/22/2021 | (365) | $49.3700 |
| Sale | 11/22/2021 | (400) | $49.3400 |
| Sale | 11/22/2021 | (400) | $49.3400 |
| Sale | 11/22/2021 | (400) | $48.6100 |
| Sale | 11/22/2021 | (400) | $48.6800 |
| Sale | 11/22/2021 | (400) | $49.4000 |
| Sale | 11/22/2021 | (400) | $49.3900 |
| Sale | 11/22/2021 | (500) | $48.7700 |
| Sale | 11/22/2021 | (500) | $49.4100 |
| Sale | 11/22/2021 | (800) | $49.3500 |
| Sale | 11/22/2021 | (800) | $48.5900 |
| Sale | 11/22/2021 | (800) | $48.6700 |
| Sale | 11/22/2021 | (1,400) | $48.5400 |
| Sale | 11/29/2021 | (100) | $48.5020 |
| Sale | 11/29/2021 | (100) | $48.5100 |
| Sale | 11/29/2021 | (100) | $48.5100 |
| Sale | 11/29/2021 | (100) | $48.5150 |
| Sale | 11/29/2021 | (100) | $48.5100 |
| Sale | 11/29/2021 | (100) | $48.5035 |
| Sale | 11/29/2021 | (100) | $48.5050 |
| Sale | 11/29/2021 | (400) | $48.5050 |
| Sale | 11/29/2021 | (700) | $48.5100 |
| Sale | 11/29/2021 | (700) | $48.5240 |
| Sale | 11/29/2021 | (1,000) | $48.5100 |
| Sale | 11/29/2021 | (1,500) | $48.5180 |
| Sale | 12/1/2021 | (1) | $46.5600 |
| Sale | 12/1/2021 | (1) | $46.5900 |
| Sale | 12/1/2021 | (1) | $46.5800 |
| Sale | 12/1/2021 | (1) | $46.5900 |
| Sale | 12/1/2021 | (1) | $46.5800 |
| Sale | 12/1/2021 | (2) | $46.6000 |
| Sale | 12/1/2021 | (2) | $46.5700 |
| Sale | 12/1/2021 | (2) | $46.5900 |

UiPath, Inc. (PATH)                                                                            Wu Wang Yao

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 12/1/2021 | (10) | $46.5800 |
| Sale | 12/1/2021 | (10) | $46.5700 |
| Sale | 12/1/2021 | (10) | $46.5800 |
| Sale | 12/1/2021 | (10) | $46.5600 |
| Sale | 12/1/2021 | (20) | $46.5700 |
| Sale | 12/1/2021 | (39) | $46.5800 |
| Sale | 12/1/2021 | (50) | $46.5800 |
| Sale | 12/1/2021 | (66) | $46.5700 |
| Sale | 12/1/2021 | (98) | $46.5900 |
| Sale | 12/1/2021 | (99) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5700 |
| Sale | 12/1/2021 | (100) | $46.5700 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5700 |
| Sale | 12/1/2021 | (100) | $46.5700 |
| Sale | 12/1/2021 | (100) | $46.6100 |
| Sale | 12/1/2021 | (100) | $46.6000 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5800 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (100) | $46.5800 |
| Sale | 12/1/2021 | (100) | $46.5900 |
| Sale | 12/1/2021 | (160) | $46.5800 |
| Sale | 12/1/2021 | (200) | $46.5700 |
| Sale | 12/1/2021 | (214) | $46.5700 |
| Sale | 12/1/2021 | (300) | $46.6000 |
| Sale | 12/1/2021 | (400) | $46.5700 |
| Sale | 12/1/2021 | (500) | $46.5600 |
| Sale | 12/1/2021 | (500) | $46.5900 |
| Sale | 12/1/2021 | (700) | $46.5900 |
| Sale | 12/1/2021 | (800) | $46.5800 |
| Sale | 12/1/2021 | (3,603) | $46.5600 |
| Sale | 12/2/2021 | (9) | $44.0400 |
| Sale | 12/2/2021 | (91) | $44.0600 |
| Sale | 12/2/2021 | (100) | $44.0400 |
| Sale | 12/2/2021 | (100) | $44.0400 |
| Sale | 12/2/2021 | (100) | $44.0400 |
| Sale | 12/2/2021 | (200) | $44.0600 |
| Sale | 12/2/2021 | (1,100) | $44.0500 |
| Sale | 12/2/2021 | (1,300) | $44.0500 |

**UiPath, Inc. (PATH)**                                                **Wu Wang Yao**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 12/2/2021 | (2,000) | $44.0500 |
| Sale | 12/9/2021 | (100) | $46.2100 |
| Sale | 12/9/2021 | (100) | $46.2000 |
| Sale | 12/9/2021 | (100) | $46.2100 |
| Sale | 12/9/2021 | (100) | $46.2100 |
| Sale | 12/9/2021 | (100) | $46.2200 |
| Sale | 12/9/2021 | (100) | $46.2200 |
| Sale | 12/9/2021 | (100) | $46.2100 |
| Sale | 12/9/2021 | (200) | $46.2035 |
| Sale | 12/9/2021 | (700) | $46.2100 |
| Sale | 12/9/2021 | (1,400) | $46.1500 |
| Sale | 12/9/2021 | (2,000) | $46.2100 |