UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMHITA GERA, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>UiPATH, INC., DANIEL DINES, and ASHIM GUPTA,<br><br>  Defendants. | Case No.: 1:23-cv-07908-DLC<br><br>Hon. Denise L. Cote |

### NOTICE OF WITHDRAWAL OF YOUNG KWON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Young Kwon ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff in the above-captioned action (the "Action") and Approval of Selection of Counsel. *See* ECF No. 20. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

Dated: November 8, 2023

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500

Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Young Kwon*