**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMHITA GERA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UiPATH, INC., DANIEL DINES, and ASHIM GUPTA,<br><br>Defendants. | Case No. 1:23-cv-07908-DLC |

**WITHDRAWAL OF RAMESH BABU KADIYAM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On November 6, 2023, Ramesh Babu Kadiyam ("Kadiyam") filed a motion for appointment as lead plaintiff and approval of lead counsel in connection with the above-captioned securities fraud class action (Dkt. No. 17, the "Motion"). Six similar motions were filed by other putative class members in this action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Kadiyam does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Kadiyam hereby withdraws his Motion.

By this withdrawal, Kadiyam does not waive his rights to participate and recover as a class member in this litigation.

                                                                    Respectfully submitted,

DATED: November 22, 2023         **GLANCY PRONGAY & MURRAY LLP**

                                                                    By:   */s/ Gregory B. Linkh*
                                                                    Gregory B. Linkh (GL-0477)
                                                                    230 Park Ave., Suite 358
                                                                    New York, NY 10169
                                                                    Telephone: (212) 682-5340
                                                                    Facsimile: (212) 884-0988
                                                                    Email: glinkh@glancylaw.com

                                                                    Robert V. Prongay
                                                                    Charles H. Linehan
                                                                    Pavithra Rajesh
                                                                    1925 Century Park East, Suite 2100
                                                                    Los Angeles, CA 90067
                                                                    Telephone: (310) 201-9150
                                                                    Facsimile: (310) 201-9160

2

*Counsel for Ramesh Babu Kadiyam*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 22, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh
