```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In re UiPath, Inc. Securities            :    23cv7908(DLC)
Litigation.                              :
                                         :         ORDER
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 8, 2024, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On March 26, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' March 8, 2024 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **April 16, 2024**. If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **April 30**. The defendants shall file any reply by **May 7**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 27, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge