UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UIPATH, INC. SECURITIES LITIGATION | Case No. 1:23-cv-07908-DLC<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Per Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Paul Severt hereby dismisses all claims against: Defendants Mihai Faur, Philippe Botteri, Carl Eschenbach, Michael Gordon, Thomas Mendoza, Daniel D. Springer, Laela Sturdy, Jennifer Tejada, Richard P. Wong, Accel Partners LP, CapitalG LP, Sequoia Capital Operations, LLC, Morgan Stanley & Co. LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, Barclays Capital Inc., Wells Fargo Securities, LLC, SMBC Nikko Securities America, Inc., BMO Capital Markets Corp., Mizuho Securities USA LLC, KeyBanc Capital Markets Inc., TD Securities (USA) LLC, Truist Securities, Inc., Evercore Group L.L.C., Macquarie Capital (USA) Inc., Nomura Securities International, Inc. ("Nomura"), RBC Capital Markets, LLC, Cowen and Company, LLC, Canaccord Genuity LLC, D.A. Davidson & Co., Oppenheimer & Co. Inc., and Needham & Company, LLC without prejudice.

These Defendants have not served an answer or motion for summary judgment in this action. Accordingly, dismissal without prejudice is appropriate. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

Plaintiff Paul Severt's claims against all other Defendants remain pending and are unaffected.

So ordered.

*/s/ Denise Cote*
3/28/24