```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
In re UiPath, Inc. Securities             :    23cv7908(DLC)
Litigation                                :
                                          :        ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The defendants' April 23, 2024 motion to dismiss having been denied in part on November 4, 2024, it is hereby

ORDERED that a conference shall be held in this case on **November 15, 2024 at 2:30 PM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:   New York, New York
         November 6, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge