UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UIPATH, INC. SECURITIES LITIGATION | Case No. 1:23-cv-07908-DLC<br>CLASS ACTION<br>JURY TRIAL DEMAND |

**NOTICE OF LEAD PLAINTIFF PAUL SEVERT'S MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVE AND CLASS COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Paul Severt ("Lead Plaintiff"), by and through his undersigned counsel, shall move before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, in Courtroom 18B of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure 23: (i) certifying this case as a class action; (ii) appointing Lead Plaintiff as Class Representative; and (iii) appointing Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Class Counsel.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law and the Declaration of Max R. Schwartz, including the Exhibits thereto, as well as a [Proposed] Order Certifying the Class, Appoint Class Representative, and Appointing Class Counsel and all prior proceedings and pleadings filed with this Court.

Pursuant to the Amended Pretrial Scheduling Order entered by the Court on January 31, 2025 (ECF No. 224), Defendants shall file their Opposition to the Motion by April 29, 2025 and Lead Plaintiff shall file his Reply in further support of the Motion by June 13, 2025.

Dated: February 28, 2025

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ Max R. Schwartz*
Max R. Schwartz
Thomas L. Laughlin
Jeffrey P. Jacobson
Anna Hunanyan (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
mschwartz@scott-scott.com
tlaughlin@scott-scott.com
jjacobson@scott-scott.com
ahunanyan@scott-scott.com

Amanda F. Lawrence (*pro hac vice*)
Jessica Casey
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
alawrence@scott-scott.com
jcasey@scott-scott.com

*Counsel for Lead Plaintiff Paul Severt*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                             *s/ Max R. Schwartz*
                                             Max R. Schwartz