```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    23cv7908 (DLC)
In re UiPath, Inc. Securities         :
Litigation                            :         ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

In an April 29, 2025 letter, the defendants request permission to file under seal certain exhibits to the April 29, 2025 declaration of Edmund Polubinski, submitted in connection with the defendants' opposition to the lead plaintiff's motion for class certification. Accordingly, it is hereby

ORDERED that with respect to Exhibit 27, which contains excerpts from the transcript of the lead plaintiff's deposition, the lead plaintiff shall designate any passages that it requests to be redacted and state the reasons for those requests by May 16, 2025.

IT IS FURTHER ORDERED that the requests to file Exhibits 3, 11-18, 22-26, and 28-33 under seal, and to redact references to those materials in the defendants' brief in opposition to the motion for class certification and the expert report of Professor Laura T. Starks (Exhibit 2), are granted.

Dated:    New York, New York
          April 30, 2025

                                     _____
                                              DENISE COTE
                                     United States District Judge