```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv7908 (DLC)
In re UiPath, Inc. Securities             :
Litigation                                :        ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of November 4, 2024 granted in part the defendants' motion to dismiss the Second Amended Complaint. On May 29, 2025, the plaintiff filed a motion requesting leave to amend the Second Amended Complaint. Accordingly, it is hereby

ORDERED that the parties shall promptly confer and advise the Court as to whether there is consent for the plaintiff to amend the Second Amended Complaint.

IT IS FURTHER ORDERED that any opposition to the plaintiff's May 29 motion is due June 13. Any reply is due June 20. At the time any reply is due to be served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 30, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge