MAX ✦ SCHWARTZ

May 29, 2025

Hon. Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re UiPath Securities Litigation*
              No. 23-cv-7908 (DLC)

Dear Judge Cote:

      We represent Plaintiff in the above-referenced action. Pursuant to Rule 8(b) of Your Honor's Individual Practices in Civil Cases and the Joint Stipulation and Discovery Confidentiality Order ("Confidentiality Order"), which was so ordered by the Court on December 17, 2024 (ECF No. 221), Plaintiff respectfully requests permission to file certain materials under seal in connection with his Motion for Leave to Amend the Complaint. Specifically, for the reasons set forth below, Plaintiff respectfully requests: (i) to file under seal certain exhibits to my declaration in support of Plaintiff's motion, and (ii) redact references to those materials in Plaintiff's memorandum of law in support of Plaintiff's motion.

      Specifically, without taking a position to the confidentiality of these documents, Plaintiff moves to seal certain references in Exhibit 1 and 2 to my declaration in support of Plaintiff's motion. Defendants have designated the materials at issue as confidential under the Confidentiality Order. Plaintiff also moves to redact references to the content of those exhibits in Plaintiff's memorandum of law.

      We respectfully request that the Court so orders this letter to grant this request. We are available to discuss further if the Court has any questions or concerns.

Respectfully,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ Max Schwartz*

Max Schwartz

*[Handwritten annotation:] Defense counsel shall identify any reason for redacting this material by 6/5/25.*

*/s/ Denise Cote*
*5/30/25*

Scott+Scott Attorneys at Law LLP ✦ The Helmsley Building ✦ 230 Park Avenue, 24th Fl ✦ New York, NY 10169 ✦ 212.519.0513 ✦ mschwartz@scott-scott.com