MAX + SCHWARTZ

July 29, 2025

Hon. Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *In re UiPath Securities Litigation*
             No. 23-cv-7908 (DLC)

Dear Judge Cote:

    We represent Plaintiff in the above-referenced action. Pursuant to Rule 8(b) of Your Honor's Individual Practices in Civil Cases and the Joint Stipulation and Discovery Confidentiality Order ("Confidentiality Order"), which was so ordered by the Court on December 17, 2024 (ECF No. 221), Plaintiff respectfully requests permission to file certain materials under seal in connection with his Opposition to Defendants' Motion to Dismiss the Third Amended Complaint. Specifically, for the reasons set forth below, Plaintiff respectfully requests: (i) to file under seal exhibits to my declaration in support of Plaintiff's motion, and (ii) redact references to certain of those materials in Plaintiff's memorandum of law in support of Plaintiff's motion.

    Specifically, without taking a position to the confidentiality of these documents, Plaintiff moves to seal Exhibits A through R to my declaration in support of Plaintiff's opposition. Defendants have designated the materials at issue as confidential under the Confidentiality Order. Plaintiff also moves to redact references to Exhibits M through R in Plaintiff's memorandum of law.

    We respectfully request that the Court so orders this letter to grant this request. We are available to discuss further if the Court has any questions or concerns.

*[Handwritten note: Defense statement of reasons for sealing is due by 8/13/25.
Denise Cote
7/30/25]*

Respectfully,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

Max Schwartz

Scott+Scott Attorneys at Law LLP + The Helmsley Building + 230 Park Avenue, 24th Fl + New York, NY 10169 + 212.519.0513 + mschwartz@scott-scott.com