```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv7908 (DLC)
In re UiPath, Inc. Securities            :
Litigation                               :       ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of January 31, 2025 set forth a schedule for pretrial proceedings in this action, including, inter alia, a motion for class certification, fact and expert discovery, a motion for summary judgment, and a joint pretrial order. Pursuant to that schedule, the plaintiffs filed a motion for class certification on February 28, and the defendants filed an opposition to that motion on April 29.

By consent of the parties, an Order of June 4 granted the plaintiffs leave to file the Third Amended Complaint and stayed discovery. The defendants moved to dismiss the Third Amended Complaint on June 26. That motion was fully submitted with the filing of the reply brief on August 19 and is currently before the Court.

Meanwhile, by consent of the parties, an Order of June 9 postponed further briefing on the plaintiff's motion for class certification in accordance with a schedule that will be triggered by the Court's decision on the motion to dismiss, and directed the parties to submit a letter within seven days of the

Court's decision on that motion as to whether they wish to preserve or modify that schedule. It is hereby

ORDERED that the remainder of the deadlines set forth in the Order of January 31 are vacated in light of the pending motion to dismiss. This includes the upcoming October 10 deadline for the filing of a motion for summary judgment or a joint pretrial order.

IT IS FURTHER ORDERED that the February 28 motion for class certification is denied without prejudice to its renewal, either by letter or through the filing of a renewed motion, after the Court's decision on the motion to dismiss.

IT IS FURTHER ORDERED that should the Third Amended Complaint survive the defendants' motion to dismiss, the parties' submission to be filed within seven days of the Court's decision on that motion will indicate, among any other topics the parties wish to raise, a proposed schedule for all proceedings that were previously scheduled in the Order of January 31 and remain outstanding at the time of the submission.

Dated:   New York, New York
         September 11, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge