**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re UiPath, Inc. Securities Litigation

23 **CIVIL** 7908 (DLC)

## JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 2, 2025, the defendants' June 26, 2025 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
       October 6, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**  *K. Mango*
_____
**Deputy Clerk**