**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE UIPATH, INC. SECURITIES LITIGATION | Case No. 1:23-cv-07908-DLC<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff Paul Severt ("Plaintiff"), individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from: (i) the Opinion and Order on the motion to dismiss, dated October 2, 2025 (ECF No. 288), granting the motion to dismiss filed by Defendants UiPath, Inc., Daniel S. Dines, and Ashim Gupta (ECF No. 270); and (ii) the Final Judgment (ECF No. 289), dated October 6, 2025. Plaintiff files this appeal against all Defendants.

DATED: October 30, 2025

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Max R. Schwartz*

Max R. Schwartz
Jeffrey P. Jacobson
Lana V. Levin (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
mschwartz@scott-scott.com
jjacobson@scott-scott.com
llevin@scott-scott.com

Amanda F. Lawrence (*pro hac vice*)
Jessica M. Casey
156 S. Main Street
P.O. Box 192
Colchester, CT 06415

Telephone: (860) 537-5537
Facsimile: (860) 537-4432
alawrence@scott-scott.com
jcasey@scott-scott.com

*Counsel for Lead Plaintiff Paul Severt*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Max R. Schwartz*
Max R. Schwartz